IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

SHEILA LANGELDT-ABBOTT,
    Plaintiff,

v.

JOHN McHUGH,
    Defendant.

Case No. 4:12-cv-4117-SLD-JEH

### Order

Plaintiff is reminded that on August 23, 2016 Judge Sara L. Darrow entered an Order consolidating case numbers 12-4117 and 14-4104 and directed that all future pleadings be filed in the lead case, 12-4117.

The [#31 in 14-4104] Amended Complaint and [#32 in 14-4104] Reply to response to Motion filed in case 14-4104 are to be stricken by the Clerk. Plaintiff may refile the Amended Complaint in the lead case, 12-4117. The Court notes that the [#32 in 14-4104] Reply was filed after the Court had already ruled upon the underlying motion. Additionally, pursuant to local rule 7.1(B)(3) replies are not permitted without leave of court, which the Plaintiff did not seek before filing the Reply.

*It is so ordered.*

Entered on September 12, 2016.

                s/Jonathan E. Hawley
                U.S. MAGISTRATE JUDGE